EDWARD SEYMOUR V. THE STATE.

No. 13555.   Delivered May 21, 1930.
Reported in 28 S. W. (2d) 549.

The opinion states the case.

*Gordon O. McGehee* of Houston, for appellant.

*A. A. Dawson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for receiving and concealing stolen property; punishment, two years in the penitentiary.

We find in this record an affidavit showing that appellant, subsequent to the appeal in this case, made his escape from custody, and did not voluntarily return within ten days from the date of such escape.   Based on the affidavit, the State moves to dismiss this appeal.   The motion is granted upon the authority of Art. 824, C. C. P.

The appeal is dismissed.

*Dismissed.*